# Case Docket Entries

CC-17-2023-C-107

| Court: | Circuit | County: | 17 - Harrison | Created Date: | 5/22/2023 | Security Level: | Public |
|---|---|---|---|---|---|---|---|
| Judge: | Thomas A. Bedell | Case Type: | Civil | Case Sub-Type: | Other | Status: | Open |

Related Cases:

Style: **M&J TRANSPORT, L.L.C., A West Virginia Limited Liability Company v. DECKER TRUCK LINE, INC.**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 5/22/2023 11:13:51 AM | E-Filed | | Complaint |
| | 1-1  5/22/2023 | Civil Case Information Statement | | |
| | 1-2  5/22/2023 | Complaint - COMPLAINT | | |
| | 1-3  5/22/2023 | Transmittal | | |
| | 1-4  5/22/2023 | Summons | | |
| 2 | 5/22/2023 11:13:51 AM | Judge Assigned | J-1012 | Thomas A. Bedell |
| 3 | 5/22/2023 11:13:51 AM | Party Added | P-001 | M&J TRANSPORT, L.L.C., A West Virginia Limited Liability Company |
| 4 | 5/22/2023 11:13:51 AM | Party Added | D-001 | DECKER TRUCK LINE, INC. |
| 5 | 5/22/2023 11:13:51 AM | Attorney Listed | P-001 | A-2111 - Thomas W. Kupec |
| 6 | 5/22/2023 11:13:51 AM | Service Requested | D-001 | Circuit Clerk - Certified Mail - Including Copy Fee |
| 7 | 5/22/2023 11:48:16 AM | E-Filed | | Letter to Clerk - Letter to Clerk - Correction to Address of Decker Trust Line |
| | 7-1  5/22/2023 | Letter - Letter | | |
| | 7-2  5/22/2023 | Transmittal | | |
| 8 | 5/22/2023 11:53:39 AM | E-Docketed | | Supporting Documents - Certified Mail Receipt |
| | 8-1  5/22/2023 | Other - Certified Mail Receipt | | |
| | 8-2  5/22/2023 | Transmittal | | |
| 9 | 5/31/2023 10:15:17 AM | E-Docketed | | Service Return - Cert. mail grn. card to Decker Truck Line signed no date |
| | 9-1  5/31/2023 | Service Return - Cert. mail grn. card to Decker Truck Line signed no date | | |
| | 9-2  5/31/2023 | Transmittal | | |
| 10 | 6/15/2023 11:25:26 AM | E-Filed | | Notice of Appearance - Notice of Appearance for Timothy A. Montgomery, Esquire |
| | 10-1  6/15/2023 | Notice of Appearance - Notice of Appearance | | |
| | 10-2  6/15/2023 | Transmittal | | |
| 11 | 6/15/2023 11:25:26 AM | Attorney Listed | D-001 | A-12034 - Timothy Allan Montgomery |



EXHIBIT A

E-FILED | 5/22/2023 11:13 AM
CC-17-2023-C-107
Harrison County Circuit Clerk
Albert F. Marano

IN THE CIRCUIT COURT OF HARRISON COUNTY, WEST VIRGINIA

M & J TRANSPORT, L.L.C.,
A West Virginia Limited Liability Company,

    Plaintiff,

vs.                                                    Civil Action No. 23-C-____

DECKER TRUCK LINE, INC.,

    Defendant.

## COMPLAINT

Comes now the Plaintiff, M & J Transport, L.L.C., a West Virginia Limited Liability Company, by and through it's counsel, Thomas W. Kupec, and for Complaint in this matter would state as follows:

1. That the Plaintiff is a West Virginia Limited Liability Company, doing business in Harrison County, West Virginia, delivering product from one city to another.

2. That the Defendant is a corporation that does business in West Virginia.

3. That on or about the 12th day of January, 2022, the Defendant's driver, negligently drove it's vehicle into a vehicle owned and operated by the Plaintiff.

4. That as a result of the damage done to the Plaintiff's vehicle, the Plaintiff was unable to use said vehicle in the operation of it's business.

5. That the Defendant was negligent and careless which resulted in damage to Plaintiff's vehicle and the loss of use of the same.

1

WHEREFORE, Plaintiff, M & J Transport, L.L.C., respectfully requests it be awarded judgment against the Defendant in an amount to adequately compensate it, including but not limited to direct, consequential and incidental compensatory damages, pre-judgement and post-judgement interest, the costs and expenses of this action, including reasonable attorney fees, and such other relief as the Court deems just and proper.

**M & J TRANSPORT, L.L.C., Plaintiff**
By Counsel

*/s/ Thomas W. Kupec*
**THOMAS W. KUPEC   State Bar No. 2111**
Counsel for Plaintiff

**KUPEC & ASSOCIATES, P.L.L.C.**
**Attorneys at Law**
**228 Court Street**
**Clarksburg, WV 26301**
**(304) 623-6678**
**(304-623-1027 (fax)**

STATE OF WEST VIRGINIA,

COUNTY OF HARRISON, TO-WIT:

M&J TRANSPORT, L.L.C., by Melissa Hall, Managing Member, being first duly sworn on his/her oath, says that it is the Plaintiff in the foregoing *Complaint* and the facts and allegations therein contained are true, except insofar as they are therein stated to be upon information, it believes them to be true.

M&J TRANSPORT, L.L.C.
BY: Melissa Hall
ITS: Managing Member

Taken, subscribed and sworn to before me this 22nd day of May, 2023, by Melissa Hall, Managing Member of M&J Transport, LLC.

Paula A. McIntyre
NOTARY PUBLIC

(SEAL)

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Paula A. McIntyre
2037 Beech Street
Clarksburg, WV 26301
My Commission Expires Feb. 19, 2026

My commission expires:
Feb 19, 2021

**FILED** | 5/31/2023 10:15 AM
CC-17-2023-C-107
Harrison County Circuit Clerk
Albert F. Marano

FILED IN 15TH CIRCUIT COURT
MAY 31 A 1:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 23-G-107

   Decker Truck Line Inc.
   4000 5th Ave South
   Fort Dodge, IA  50501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ■ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery



9590 9402 7610 2122 4742 24

2. Article Number (Transfer from service label)
   0122 1670 0002 0683 4851

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7610 2122 4742 24

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box®

Albert F. Marano, Clerk
Circuit Clerk of Harrison County
301 W. Main Street
Clarksburg, WV 26301



West Virginia E-Filing Notice

CC-17-2023-C-107

Judge: Thomas A. Bedell

**To:** Timothy Montgomery
tmontgomery@pionlaw.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF HARRISON COUNTY, WEST VIRGINIA
M&J TRANSPORT, L.L.C., A West Virginia Limited Liability Company v. DECKER TRUCK LINE, INC.
CC-17-2023-C-107

The following notice of appearance was FILED on 6/15/2023 11:25:21 AM

Notice Date:    6/15/2023 11:25:21 AM

Albert F. Marano
CLERK OF THE CIRCUIT COURT
Harrison County
301 W. Main Street
CLARKSBURG, WV 26301

(304) 624-8640
Albert.Marano@courtswv.gov

E-FILED | 6/15/2023 11:25 AM
CC-17-2023-C-107
Harrison County Circuit Clerk
Albert F. Marano

IN THE CIRCUIT COURT OF HARRISON COUNTY, WEST VIRGINIA

M & J TRANSPORT, L.L.C., A West Virginia     Civil Action No. 23-C-107
Limited Liability Company,

    Plaintiff,

v.

DECKER TRUCK LINE, INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Timothy A. Montgomery, Esquire, and the law firm of PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C. on behalf of Defendant, Decker Truck Line, Inc., pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Circuit Court of Harrison County, West Virginia with regard to the above-captioned matter.

    PION, NERONE, GIRMAN, WINSLOW &
    SMITH, P.C.


By: /s/ Timothy A. Montgomery
    Timothy A. Montgomery, Esquire
    (WV ID #12034)
    tmontgomery@pionlaw.com
    420 Fort Duquesne Boulevard
    1500 One Gateway Center
    Pittsburgh, PA  15222
    (412) 281-2288
    Counsel for Defendant,
    *Decker Truck Line, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this **15th** day of **June, 2023**, I electronically filed the foregoing **Notice of Entry of Appearance** with the Clerk of the Court using the CM/ECF filing System, which will send notification of such filing to all counsel of record.

Thomas W. Kupec, Esquire
KUPEC & ASSOCIATES, PLLC
228 Court Street
Clarksburg, WV 26301
psprouse81@gmail.com
*Counsel for Plaintiff*

PION, NERONE, GIRMAN, WINSLOW
& SMITH, P.C.

By /s/Timothy A. Montgomery
Timothy A. Montgomery